# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| John C. Phelps**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:14-cv-00133-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Frank L. Perry, et al,. | ) | |
| | ) | |
| Defendants. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 6, 2015 Order.

March 9, 2015

Frank G. Johns, Clerk
United States District Court